UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KING VISION PAY-PER-VIEW, LTD.  : CIVIL ACTION
501 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441
                Plaintiff
    v.

LUCKY 13 TAVERN, INC., d/b/a  :  No.: 02-CV-2989
LUCKY 13 TAVERN
1671 HAWORTH STREET
PHILADELPHIA, PA 19124
    and
CARMELLA KELLER, INDIVIDUALLY
AND D/B/A LUCKY 13 TAVERN, INC.
1671 HAWORTH STREET
PHILADELPHIA, PA 19124

                Defendants

ENTRY OF APPEARANCE

    Please enter my appearance on behalf of the defendants, Lucky 13 Tavern, Inc. and Carmella Keller.

                _____
                Charles J. King, Jr., Esquire
                14 E. Germantown Pike
                P.O. Box 783
                Plymouth Meeting, PA 19462-0783
                (610) 825-0886
                Fax (610) 825-5142
                Attorney No 09438