:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KING VISION PAY-PER-VIEW, LTD          CIVIL ACTION

v.

LUCKY 13 TAVERN, INC., d/b/a,
et al

02-2989

**O R D E R**

AND NOW, this 18TH day of JUNE, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **JULY 3, 2002** at **3:00pM** in Room 8TH FLOOR - room 8613.  (Court Room Deputy 267-299-7419)

PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.

Plaintiff is to notify all parties of this conference.

ATTEST:                        or     BY THE COURT

BY:    ANGELA J. MICKIE
        Deputy Clerk             Judge

Civ 12 (9/83)