IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING VISION PAY-PER-VIEW, LTD., | : | CIVIL ACTION |
| | : | |
|     Plaintiff, | : | 02-2989 |
| | : | |
|   v. | : | |
| | : | |
| LUCKY 13 TAVERN, INC., ET. AL., | : | |
| | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this       day of August, 2002, upon consideration of the Plaintiff's Request for Default and it appearing to the Court that an Answer was filed on June 14, 2002, it is hereby ORDERED that the Request is DENIED.

BY THE COURT:

_____
J. CURTIS JOYNER, J.