DATE OF NOTICE:    August 26, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| King Vision Pay-Per-View, Ltd. | : | Civil Action No.: 02-2989 |
| | : | |
| v. | : | |
| | : | |
| Lucky 13 Tavern, Inc., et al. | : | TRIAL POOL DATE:  November 11, 2002 |

### NOTICE

Please be advised that a **STATUS CONFERENCE** will be held by telephone on **Wednesday, October 2, 2002, at 4:00 p.m.**, with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

                                                                              Lenora Kashner
                                                                              Deputy Clerk to Judge Baylson
                                                                              267.299.7529

cc:   Ben Vansteenburgh, Esquire (via mail)
       Charles J. King, Jr., Esquire (via mail)

Attachment
O:\Kashner\Scheduling - Judge Baylson\King Vision Status TeleConf for 10-2-2002.wpd