DATE OF NOTICE: October 28, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING VISION PAY-PER-VIEW, LTD. | : | CIVIL ACTION |
| v. | : | |
| LUCKY 13 TAVERN, INC., et al. | : | NO. 02-cv-2989 |

### NOTICE

Please be advised that a **FINAL PRETRIAL CONFERENCE** and will be held on Wednesday, November 20, 2002 at 4:00 p.m. with the Honorable Michael M. Baylson. Please call Chambers at 267.299.7520 for the courtroom assignment.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:  Ben Vansteenburgh, Esquire (mail)
     Charles J. King, Jr., Esquire (mail)

O:\Notices\King Vision v. Lucky 13 Tavern 02-2989 Final Pretrial.wpd