UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION

KING VISION PAY-PER-VIEW, LTD.
501 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441
    Plaintiff
    v.

LUCKY 13 TAVERN, INC., d/b/a
LUCKY 13 TAVERN
1671 HAWORTH STREET
PHILADELPHIA, PA 19124
   and
CARMELLA KELLER, INDIVIDUALLY
AND D/B/A LUCKY 13 TAVERN, INC.
1671 HAWORTH STREET
PHILADELPHIA, PA 19124

No.: 02-CV-2989

    Defendants

**CERTIFICATION OF SERVICE**

Charles J. King, Jr., Esquire, attorney for the defendants herein, hereby certifies that a true and correct copy of defendants' Motion to Compel Discovery was served on Counsel listed below by way of First Class Mail with postage prepaid on the date indicated.

Ben Van Steenburgh, Esquire
1200 Walnut Street, 6th Floor
Philadelphia, PA 19107

_____
Charles J. King, Jr., Esquire

Date: 10/29/02