IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING VISION PAY-PER-VIEW LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LUCKY 13 TAVERN, INC., et al. | : | NO. 02-cv-2989 |

### ORDER

AND NOW, this 13th day of November, 2002, following a telephonic pretrial conference with counsel, it is ordered as follows:

1. Defendant's Motion to Compel Discovery pursuant to Rule 37, incorrectly designated as Plaintiff's Motion, is GRANTED, and Plaintiff is ordered to serve full and complete Answers to Defendant's Interrogatories, and to respond to all document requests, and produce all documents requested in the possession, custody or control of Plaintiff, within five (5) days of the date of this Order.

2. Defendant may take depositions of Plaintiff or third parties within ten (10) days thereafter.

3. This case will remain on the trial list for December 2, 2002.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\Orders\King Vision v. Lucky 13 02-2989 Motion Compel.wpd