UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KING VISION PAY-PER-VIEW, LTD.<br>501 FAIRWAY DRIVE<br>DEERFIELD BEACH, FL 33441<br>        Plaintiff<br>    v.<br><br>LUCKY 13 TAVERN, INC., d/b/a<br>LUCKY 13 TAVERN<br>1671 HAWORTH STREET<br>PHILADELPHIA, PA 19124<br>    and<br>CARMELLA KELLER, INDIVIDUALLY<br>AND D/B/A LUCKY 13 TAVERN, INC.<br>1671 HAWORTH STREET<br>PHILADELPHIA, PA 19124<br><br>        Defendants | CIVIL ACTION<br><br><br><br><br><br>No.: 02-CV-2989 |

## CERTIFICATION OF SERVICE

Charles J. King, Jr., Esquire, attorney for the defendants herein, hereby certifies that a true and correct copy of defendants' Motion For Sanctions, Proposed Sanctions Order, and Pre-Trial Memoranda were served on Counsel listed below by way of First Class Mail with postage prepaid on the date indicated.

Ben Van Steenburgh, Esquire
1200 Walnut Street, 6th Floor
Philadelphia, PA 19107

_____        Date: 11/27/02
Charles J. King, Jr., Esquire