IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

King Vision Pay-Per-View, Ltd.   :   Civil Action No.: 02-2989
                                 :
                v.               :
                                 :
Lucky 13 Tavern, Inc., et al.    :

**O R D E R**

   **AND NOW**, this 4th day of December, 2002, it having been reported in open Court that the issues between the parties have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

   **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

ATTEST:
BY:                                        or        BY THE COURT:

_____                          _____
Lenora Kashner                                       Michael M. Baylson, J.
Deputy Clerk

Civ 12 (7/95)
41(b)pty.frm

O:\Kashner\Scheduling - Judge Baylson\King 41b Order.wpd